ORIGINAL

FILED
SEP 1 8 2007
U.S. COURT OF FEDERAL CLAIMS

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| JACOBS TECHNOLOGY INC. | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. |
| THE UNITED STATES, | ) | |
| Defendant. | ) | 07-674 C |

**MOTION TO FILE COMPLAINT UNDER SEAL**

Pursuant to RCFC, Appendix C, plaintiff Jacobs Technology, Inc. ("Jacobs"), requests leave to file the Complaint under Seal, along with a redacted version of the Complaint that will be available for public scrutiny, and in support thereof, respectfully states:

1. Many of the documents involved in this case are subject to a protective order issued by the U.S. Government Accountability Office ("GAO").

2. Plaintiff's counsel has endeavored, as much as possible, to prepare the Complaint based upon documents not subject to the GAO protective order.

3. However, paragraph 10 of the Complaint may contain material subject to the GAO protective order. The protected material is bolded and highlighted in gray in the original and seven copies of the Complaint filed under seal. Plaintiff's proposed redacted version of the Complaint has the proposed redactions blacked out.

WHEREFORE, plaintiff Jacobs Technology, Inc. ("Jacobs"), requests leave to file the Complaint under Seal, along with a redacted version of the Complaint that will be available for public scrutiny, and grant such and other relief as is just and equitable.

September 18, 2007

Respectfully submitted,

ROBERT J. SYMON
Bradley, Arant, Rose & White
1133 Connecticut Avenue, NW
12th Floor
Washington, DC 20036
(office) (202) 393-7150

Counsel of Record for Plaintiff
JACOBS TECHNOLOGY INC.

OF COUNSEL:

Douglas L. Patin, Esq.
Jeremy Becker-Welts, Esq.