ORIGINAL

FILED
SEP 1 8 2007
U.S. COURT OF FEDERAL CLAIMS

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| JACOBS TECHNOLOGY INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION FOR PROTECTIVE ORDER**

Pursuant to RCFC 10 and RCFC Appendix C, ¶ 17(a), Plaintiff Jacobs Technology Inc. ("Jacobs"), respectfully moves the Court to issue a Protective Order in this matter, and in support thereof, states:.

1. Many of the documents involved in this case are subject to a protective order issued by the U.S. Government Accountability Office ("GAO").

2. Permission has been sought and obtained from the GAO to allow Jacobs, by counsel, to use protected information and material in this lawsuit.

3. As a condition of obtaining that permission, the GAO has required that any protected information and material obtained pursuant to GAO's protective order will be filed under Seal with this Court.

4. Jacobs has further represented to the GAO that Jacobs will request that the Court issue a protective order to cover the protected information and material currently under the GAO protective order.

5. In order to ensure protection of sensitive information in this matter, the issuance of a Protective Order is required.

WHEREFORE, Plaintiff Jacobs Technology Inc. respectfully requests the Court

issue a Protective Order in this matter and require that all filings containing protected material be made under Seal, and grant such and other relief as is just and equitable.

September 18, 2007

Respectfully submitted,

ROBERT J. SYMON
Bradley, Arant, Rose & White
1133 Connecticut Avenue, NW
12th Floor
Washington, DC 20036
(office) (202) 393-7150

Counsel of Record for Plaintiff
JACOBS TECHNOLOGY INC.

OF COUNSEL:

Douglas L. Patin, Esq.
Jeremy Becker-Welts, Esq.