# In the United States Court of Federal Claims

Case No. 07-674C
(Filed: September 20, 2007)

**************************************************
JACOBS TECHNOLOGY, INC., *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
**************************************************

## ORDER

Plaintiff's **Motion to File Complaint Under Seal**, filed September 18, 2007, is hereby **GRANTED**.

**IT IS SO ORDERED.**

s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge