# In the United States Court of Federal Claims

Case No. 07-674C
(Filed: September 21, 2007)

| | |
|---|---|
| JACOBS TECHNOLOGY, INC., *Plaintiff,* | * |
| v. | * |
| THE UNITED STATES OF AMERICA, *Defendant,* | * |
| and | * |
| BOOZ ALLEN HAMILTON, INC., *Intervenor.* | * |

## ORDER

The Court held a telephonic status conference on September 21, 2007, to address pending motions and scheduling of further matters in this case, a bid protest involving an Air Force procurement. As a first order of business, the Court addressed potential intervenors, Booz Allen Hamilton (BAH) and Systems Research & Applications Corporation (SRA). **On September 20, 2007, BAH filed a Motion for Leave to File its Motion to Intervene and Supporting Memoranda Under Seal. That motion is GRANTED.** Counsel for SRA intends to file a similar motion once he receives formal authorization from SRA to do so. Accordingly, counsel will address intervention with his client and file the appropriate motion with the Court forthwith.

The parties have sought a protective order to govern these proceedings. Filed contemporaneously with this Order is this Court's Provisional Protective Order. **The parties shall file any desired revisions to that Order no later than Wednesday, September 26, 2007, at which time it will become final.**

Finally, the Court asked the parties to propose a schedule for filing the administrative record and briefing in this case. While the parties were prepared to offer dates for each of these filings, Defendant requested a stay pending the outcome of the agency's reevaluation of the proposals at issue in this case. Plaintiff asked the Court for a brief period of time in which to consider the motion for a stay. **Accordingly, the Court will hold these proceedings in abeyance until it receives a Joint Status Report from the parties on September 28, 2007.**

**IT IS SO ORDERED.**

s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge