IN THE UNITED STATES COURT OF FEDERAL CLAIMS

BID PROTEST

| | | |
|---|---|---|
| JACOBS TECHNOLOGY, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 07-674C |
| v. | ) | (Judge Baskir) |
| | ) | |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

JOINT MOTION TO STAY FURTHER PROCEEDINGS

Plaintiff Jacobs Technology, Inc., and defendant, the United States, respectfully request that the Court stay further proceedings in this matter, including the joint status report presently due September 28, 2007. Good cause exists for this stay. For reasons discussed during the Court's scheduling conference of September 21, 2007, including the agency's pursuit of corrective action relating to a prior protest, it is in the interest of judicial economy and efficiency to stay further proceedings to permit the agency to complete its corrective action. The agency expects to complete that corrective action on or about November 27, 2007. The parties propose to file a joint status report with the Court by December 4, 2007, or within two weeks of the date that agency corrective action has been completed, whichever date occurs earlier.

For the foregoing reasons, we respectfully request that the Court grant this motion and stay further proceedings in this matter.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ Martin Hockey
MARTIN HOCKEY
Assistant Director

/s/ Brian A. Mizoguchi
BRIAN A. MIZOGUCHI
Trial Attorney
U.S. Department of Justice
Civil Division
Commercial Litigation Branch
1100 L Street, N.W.
Room 4044
Washington, D.C. 20530
Tel: (202) 305-3319

Dated: September 24, 2007

Attorneys for Defendant

/s/ Robert J. Symon
ROBERT J. SYMON
Bradley, Arant, Rose & White
1133 Connecticut Avenue, NW
12th Floor
Washington, DC 20036
(office) (202) 393-7150

Dated: September 24TH, 2007

Counsel of Record for Plaintiff
JACOBS TECHNOLOGY INC.

OF COUNSEL:

Douglas L. Patin, Esq.
Jeremy Becker-Welts, Esq.

CERTIFICATE OF FILING

I hereby declare that on this 24th day of September, 2007, a copy of the foregoing "JOINT MOTION TO STAY FURTHER PROCEEDINGS" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Brian A. Mizoguchi
Brian A. Mizoguchi