# In the United States Court of Federal Claims

Case No. 07-674C
(Filed: September 25, 2007)

******************************************************
**JACOBS TECHNOLOGY, INC.,** *
***Plaintiff,*** *
*
**v.** *
*
**THE UNITED STATES OF AMERICA,** *
***Defendant,*** *
*
**and** *
*
**BOOZ ALLEN HAMILTON, INC.,** *
**and** *
**SYSTEMS RESEARCH AND** *
**APPLICATIONS CORPORATION,** *
***Intervenors.*** *
******************************************************

## ORDER

The Systems Research and Applications Corporation's **Motion to Intervene** filed September 24, 2007, in the above-captioned proceeding is hereby **GRANTED.**

**IT IS SO ORDERED.**

s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge