# In the United States Court of Federal Claims

Case No. 07-674C
(Filed: September 25, 2007)

****************************************************
**JACOBS TECHNOLOGY, INC.,** *
***Plaintiff,*** *
*
**v.** *
*
**THE UNITED STATES OF AMERICA,** *
***Defendant,*** *
*
**and** *
*
**BOOZ ALLEN HAMILTON, INC.,** *
**and** *
**SYSTEMS RESEARCH AND** *
**APPLICATIONS CORPORATION,** *
***Intervenors.*** *
****************************************************

## ORDER

The parties' **Joint Motion to Stay Further Proceedings** pending the agency's pursuit of corrective action relating to a prior protest, filed September 24, 2007, is hereby **GRANTED.**

Parties are ordered to **file a Joint Status Report** by **December 4, 2007, or within two weeks** of the date that agency corrective action has been completed, whichever date occurs earlier.

**IT IS SO ORDERED.**

s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge