IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

| | | |
|---|---|---|
| Jacobs Technology, Inc.,<br>*Plaintiff*,<br><br>vs.<br><br>The United States,<br>*Defendant*,<br><br>and<br><br>Booz Allen Hamilton, Inc. and<br>Systems Research and Applications Corp.,<br>*Intervenors.* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 07-674C<br><br>The Honorable Lawrence M. Baskir |

**UNOPPOSED MOTION OF ENGILITY CORPORATION TO INTERVENE**

Pursuant to Rule 24(a) of the Rules of the United States Court of Federal Claims, Engility Corporation ("Engility"), a wholly-owned subsidiary of L-3 Communications Corp., respectfully moves by undersigned counsel to join in this action as an intervenor-defendant. As a bidder that submitted a proposal in response to Solicitation No. FA 8721-06-R-0001, which is the subject of this bid protest matter, Engility has an interest relating to the property or transaction which is the subject of this action and disposition of this action may as a practical matter impair Engility's ability to protect that interest. Counsel for Engility has contacted counsel for all parties to this case, who each consent to this motion. Wherefore, Engility respectfully requests the Court to grant this unopposed motion. A proposed order is attached.

Dated: October 31, 2007

Respectfully submitted,

By: /s/ David M. Nadler

Joseph R. Berger, DC Bar No. 472840
DICKSTEIN SHAPIRO LLP
1825 Eye Street, NW
Washington, DC 20006-5403
(202) 420-2200

David M. Nadler, DC Bar No. 402705
DICKSTEIN SHAPIRO LLP
1825 Eye Street, NW
Washington, DC 20006-5403
(202) 420-2200
*Attorney of Record for Engility Corp.*

IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

| | | |
|---|---|---|
| Jacobs Technology, Inc.,<br>*Plaintiff*,<br><br>vs.<br><br>The United States,<br>*Defendant*,<br><br>and<br><br>Booz Allen Hamilton, Inc. and<br>Systems Research and Applications Corp.,<br>*Intervenors.* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 07-674C<br><br>The Honorable Lawrence M. Baskir |

**<u>ORDER GRANTING UNOPPOSED MOTION TO INTERVENE</u>**
**<u>OF ENGILITY CORPORATION</u>**

Upon consideration of the Motion to Intervene filed by Engility Corporation, it is hereby ORDERED that Engility Corporation's Motion to Intervene is GRANTED.

______________________________
Judge Lawrence M. Baskir

Dated: November , 2007