# In the United States Court of Federal Claims

Case No. 07-674C
(Filed: November 1, 2007)

****************************************************
JACOBS TECHNOLOGY, INC., *
*Plaintiff,* *
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant,* *
and *
*
BOOZ ALLEN HAMILTON, INC., *
SYSTEMS RESEARCH & APPLICATIONS *
CORPORATION, and *
ENGILITY CORPORATION, *
*Intervenors.* *
****************************************************

## ORDER

**Engility Corporation** filed an unopposed **Motion to Intervene** on October 31, 2007. The Court orders Engility to file a **More Definite Statement of its interests** relating to the property or transaction which is subject of this action and how the disposition of this action may impair Engility's ability to protect that interest, **no later than November 16, 2007.**

The **Engility Corporation's Motion to Intervene is deferred** until the Court has reviewed this statement.

**IT IS SO ORDERED.**

s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge