# In the United States Court of Federal Claims

Case No. 07-674C
(Filed: November 16, 2007)

| | |
|---|---|
| JACOBS TECHNOLOGY, INC., *Plaintiff,* | * |
| v. | * |
| THE UNITED STATES OF AMERICA, *Defendant,* | * |
| and | * |
| BOOZ ALLEN HAMILTON, INC., SYSTEMS RESEARCH & APPLICATIONS CORPORATION, and ENGILITY CORPORATION, *Intervenors.* | * |

## ORDER

**Engility Corporation's** unopposed **Motion to Intervene** filed on October 31, 2007, is hereby **GRANTED**.

**IT IS SO ORDERED.**

s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge