# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

BID PROTEST

| | | |
|---|---|---|
| JACOBS TECHNOLOGY, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 07-674C |
| v. | ) | (Judge Baskir) |
| | ) | |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME WITHIN WHICH TO FILE A JOINT STATUS REPORT

Defendant, the United States, respectfully requests that the Court enlarge by ten days, to December 14, 2007, the date by which the parties are to file a joint status report. The joint status report presently is due December 4, 2007, or two weeks after corrective action has been completed, whichever occurs earlier. This is our first request for an enlargement of time for this purpose.

We respectfully submit that good cause exists for this request. Although the agency is actively engaged in performing the corrective action and has devoted substantial time and resources to this task, the process is taking longer than anticipated. The agency estimates that it will conclude the corrective action process and issue a decision concerning the award of a contract during the period of December 6, 2007, to December 13, 2007. The requested enlargement will permit the parties an opportunity to be informed of the results of the agency's corrective action, and to prepare and file a joint status report that reflects such knowledge.

We consulted with counsel for plaintiff Jacobs Technology, Inc. and intervenors Booz Allen Hamilton, Systems Research and Applications Corp. and Engility Corp. All parties consented to this motion.

For these reasons, we respectfully request that the Court grant this motion.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ Martin F. Hockey, Jr.
MARTIN F. HOCKEY, JR.
Assistant Director

/s/ Brian A. Mizoguchi
BRIAN A. MIZOGUCHI
Trial Attorney
U.S. Department of Justice
Civil Division
Commercial Litigation Branch
1100 L Street, N.W.
Room 4044
Washington, D.C. 20530
Tel: (202) 305-3319
Fax: (202) 514-8624

Dated: November 28, 2007

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby declare that on this 28th day of November, 2007, a copy of the foregoing "**DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME WITHIN WHICH TO FILE A JOINT STATUS REPORT**" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Brian A. Mizoguchi
Brian A. Mizoguchi