# In the United States Court of Federal Claims

Case No. 07-674C
(Filed: November 28, 2007)

*****************************************************
JACOBS TECHNOLOGY, INC., *
*Plaintiff,* *
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant,* *
and *
*
BOOZ ALLEN HAMILTON, INC., *
SYSTEMS RESEARCH & APPLICATIONS *
CORPORATION, and *
ENGILITY CORPORATION, *
*Intervenors.* *
*****************************************************

## ORDER

**Defendant's** unopposed **Motion for a 10-day Enlargement of Time** filed on November 27, 2007, **to file a Joint Status Report** is hereby **GRANTED**. **The corrective action shall be completed and Joint Status Report filed no later than December 14, 2007.**

**IT IS SO ORDERED.**

s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge