# SOURCE SELECTION DECISION
## for the
## Engineering and Technology Acquisition Support Services (ETASS) Program
## RFP No. FA8721-06-R-0001

## I. DETERMINATION

This is a best value source selection conducted in accordance with (IAW) Federal Acquisition Regulation (FAR) 15.3, Source Selection, as supplemented by the Defense Federal Acquisition Regulation Supplement (DFARS), Air Force Federal Acquisition Regulation Supplement (AFFARS) and the Air Force Materiel Command Federal Acquisition Regulation Supplement (AFMCFARS). The Government will select the best overall offer, based on an integrated assessment of Mission Capability, Proposal Risk, Past Performance, and Price/Cost.

Five proposals were received in response to the Request for Proposal (RFP) on 16 October 2006. The order of presentation in this and all other source selection documentation is based solely on a random drawing. Firms submitting proposals are listed below. All Offerors were subsequently determined to be within the competitive range as a result of the initial evaluation briefing to the SSA briefing 19 December 2006.

Booz Allen Hamilton Corp, Aerospace Market Group (hereinafter BAH)
TYBRIN Corp, C2 Engineering Group (hereinafter TYBRIN)
Engility (hereinafter Engility)
Systems Research and Applications Corp (SRA), C3 I Sector, Enterprise Engineering Group (hereinafter SRA)
Jacobs Technology, ETASS Group (hereinafter Jacobs)

An initial award under the above entitled solicitation was made to Jacobs on 21 May 2007. In response to a sustained bid protest by two disappointed Offerors, the GAO recommended corrective action on 6 September 2007. That corrective action involved the technical re-evaluation of the proposals and a decision based on the original source selection criteria in light of that re-evaluation. This decision document records that decision.

As the Source Selection Authority (SSA) and after comprehensive review of the documentation and consultation with the Source Selection Evaluation Team (SSET) and the Source Selection Advisory Council (SSAC), I determine the proposal submitted by Jacobs provides the best overall value to the United States Air Force's stated requirements. My selection of this Offeror is based upon an integrated assessment of the proposals submitted, the evaluation criteria set forth in Section M of the RFP, and the proposed terms and conditions of the RFP. As a result of my decision, the U.S. Air Force will award the ETASS contract to Jacobs.

Pages 2-9 have been redacted

## V. AWARD DECISION

I made a best value integrated assessment of the evaluation of all proposals in accordance with Section M of the solicitation, and have determined it is in the best interest of the Government to award a single contract to Jacobs Technology.

//signed//
TED F. BOWLDS
Lieutenant General, USAF
Commander
DATE:____________________