**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**(Bid Protest)**

| | | |
|---|---|---|
| JACOBS TECHNOLOGY, INC., *Plaintiff,* v. UNITED STATES, *Defendant.* | ) | **No. 1:07-cv-00674** **Judge Lawrence M. Baskir** |

**JOINT MOTION TO DISMISS**

The United States, and Booz Allen Hamilton, Inc. ("BAH"), Systems Research and Applications Corporation ("SRA") and Engility Corporation (collectively, "the Intervenors"), respectfully move this Court to dismiss this action because Jacobs Technology, Inc. ("Jacobs") is no longer an interested party.

1. Jacobs filed this action on September 18, 2007, following a September 6, 2007 decision by the Government Accountability Office ("GAO") in B-299818, et al., sustaining the protests of BAH and SRA, which challenged the award of a contract to Jacobs for Engineering and Technology Acquisition Support Services ("ETASS") by the Department of the Air Force ("Air Force").

2. Pursuant to 28 U.S.C. § 1491(b)(1) and (b)(2), Jacobs sought in its Complaint: (a) a declaratory judgment that the Air Force properly awarded the contract to Jacobs on May 21, 2007; (b) a declaration that the GAO's decision was not in accordance with the law and lacked a rational basis; and (c) a permanent injunction enjoining the award of a contract under the subject solicitation to any party other than Jacobs.

3. Pursuant to an Order of this Court, the action was stayed pending the outcome of the Air Force's reevaluation.

4. On December 6, 2007, the Air Force notified ETASS offerors that its reevaluation was complete and that an "Award Decision" had been made that it is in the best interest of the Government to award a single contract to Jacobs Technology. Thus, Jacobs was again selected as the ETASS awardee. See Exhibit 1.

5. Because Jacobs is the ETASS contract awardee following the reevaluation, Jacobs is no longer an interested party under 28 U.S.C. § 1491(b)(1) and (b)(2). See ABF Freight Sys. Inc. v. United States, 55 Fed. Cl. 392, 397 (2003) (dismissing claims of contract awardees *sua sponte* because "they are not disappointed bidders and do not have standing to assert [a] protest.") (citing American Fed'n of Gov't Employees v. United States, 258 F.3d 1294, 1302 (Fed. Cir. 2001), cert. denied, 534

U.S. 1113 (2002)).

6. If this action is not dismissed, Intervenors will be unable to challenge the new contract award at the GAO and thus will be denied their choice of forum. See 4 C.F.R. § 21.11(b) ("GAO will dismiss any case where the matter involved is the subject of litigation before, or has been decided on the merits by, a court of competent jurisdiction").

7. Accordingly, the United States and Intervenors respectfully move this Court to dismiss this action.

Respectfully submitted,

Jeffrey S. Bucholtz
Acting Assistance Attorney General

Jeanne E. Davidson
Director

/s/ Martin F. Hockey, Jr.
Martin F. Hockey, Jr.
Assistant Director

/s/ Brian A. Mizoguchi
Brian A. Mizoguchi
Trial Attorney
Commercial Litigation Branch, Civil Div.
United States Department of Justice
Attn: Classification Unit
1100 L Street, N.W.
Washington, D.C. 20530
(202) 305-3319 (O)

*Counsel of Record for the United States*

/s/ Paul F. Khoury

Paul F. Khoury
WILEY REIN LLP
1776 K Street, N.W.
Washington, DC 20006
(202) 719-7346 (O)
(202) 719-7049 (F)

*Counsel of Record for Intervenor, Booz Allen Hamilton, Inc.*

/s/ David P. Metzger

David P. Metzger
ARNOLD & PORTER LLP
Suite 900
1600 Tysons Boulevard
McLean, VA 22102-4865
(703) 720-7017 (O)
(703) 720-7399 (F)

*Counsel of Record for Intervenor, Systems Research and Applications, Inc.*

/s/ David M. Nadler

David M. Nadler
DICKSTEIN SHAPIRO LLP
1825 Eye Street, NW
Washington, DC 20006-5403
(202) 420-2281 (O)
(202) 420-2201 (F)

*Counsel of Record for Intervenor, Engility Corporation*

Dated: December 12, 2007

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**(Bid Protest)**

| | |
|---|---|
| JACOBS TECHNOLOGY, | |
| *Plaintiff,* | **No. 1:07-cv-00674** |
| v. | **Judge Lawrence M. Baskir** |
| UNITED STATES, | |
| *Defendant.* | |

## ORDER

The **Joint Motion to Dismiss** filed by the United States, Booz Allen Hamilton, Inc., Systems Research and Applications Corporation and Engility Corporation on December 12, 2007 is hereby **GRANTED**.

**IT IS SO ORDERED.**

______________________________
Judge Lawrence M. Baskir

Dated: December __, 2007