**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| JACOBS TECHNOLOGY INC.<br>600 William Northern Blvd.<br>Tullahoma, TN 37388-4729<br><br>v.<br><br>THE UNITED STATES<br><br>Defendant. | ) | Case No. 07-674C<br>(Judge Baskir) |

**<u>JOINT STATUS REPORT</u>**

Jacobs Technology Inc. ("Jacobs"), The United States, and Systems Research and Applications Corporation ("SRA"), Booz Allen Hamilton Inc. ("BAH"), and Engility Corp. (collectively, the "Intervenors"), through their respective undersigned counsel, file this Joint Status Report.

1. This action, jurisdiction of which was based upon 28 U.S.C. §§ 1491(b)(1) and (b)(2), sought (a) a declaratory judgment that the Department of the Air Force ("Air Force") properly awarded a contract to Jacobs on May 21, 2007 for Engineering and Technology Acquisition Support Services ("ETASS") under Request for Proposal ("RFP" or "Solicitation") No. FA 8721-06-R-0001; (b) a declaration that the recommendation of the Government Accountability Office ("GAO") in B-299818; B-299818.2; B-299818.3; and B-299818.4 dated September 6, 2007 to the Air Force was not in accordance with the law and lacked a rational basis; and (c) a permanent injunction enjoining the award of a contract under the subject solicitation to any party other than Jacobs. Per Orders of this Court, the action was stayed and a status report was to be filed by December 14, 2007.

2. On December 6, 2007, the Air Force announced that it had completed the re-evaluation process recommended by the GAO and had re-affirmed award of the ETASS contract to Jacobs.

3. It is the Government's and Intervenors' position that this case should be dismissed. See ABF Freight Sys. Inc. v. United States, 55 Fed. Cl. 392, 397 (2003) (dismissing claims of contract awardees *sua sponte* because "they are not disappointed bidders and do not have standing to assert [a] protest.") (citing American Fed'n of Gov't Employees v. United States, 258 F.3d 1294, 1302 (Fed. Cir. 2001), cert. denied, 534 U.S. 1113 (2002)). The United States and the Intervenors have filed a motion to dismiss Jacobs' action.

4. Intervenors note that the fact that Jacobs' action continues to be pending in this Court prevents any of the intervenors from challenging the most recent award to Jacobs at the GAO. See 4 C.F.R. § 21.11 (b) ("GAO will dismiss any case where the matter involved is the subject of litigation before . . . a court of competent jurisdiction.") Thus, as long as Jacobs' action is pending, any protests of the Air Force's corrective action by any offerors under the Solicitation will have to be filed at the Court of Federal Claims.

5. Jacobs has stated its intention to file a timely response to the Joint Motion to Dismiss. Jacobs contends that the Court retains jurisdiction over the cause of action and Jacobs' requested relief under the Tucker Act, notwithstanding the fact that Jacobs has once again been selected for award. Additionally, Jacobs anticipates filing an Amended Complaint in this matter.

December 13, 2007

Respectfully submitted,

Jeffrey S. Bucholtz
Acting Assistant Attorney general

Jeanne E. Davidson
Director

/s/ Martin F. Hockey, Jr.________
Martin F. Hockey, Jr.
Assistant Director

/s/ Brian A. Mizoguchi__________
Brian A. Mizoguchi
Trial Attorney
Commercial Litigation Branch, Civil Div.
United States Department of Justice
Attn: Classification Unit
11oo L Street, NW
Washington, DC 20530
(202) 305-3319 (O)

Attorneys for Defendant United States

/s/ Robert J. Symon_____________
Robert J. Symon
BRADLEY, ARANT, ROSE & WHITE LLP
1133 Connecticut Avenue, NW
12th Floor
Washington, DC 20036
(202) 393-7150 (O)

Counsel of Record for Plaintiff
Jacobs Technology Inc.

OF COUNSEL:

Douglas L. Patin, Esq.
Jeremy Becker-Welts, Esq.

/s/ Paul F. Khoury_____________
Paul F. Khoury
WILEY REIN LLP
1776 K Street, NW
Washington, DC 20006
(202) 719-7346 (O)
(202) 719-7049 (F)

Counsel of Record for Intervenor
Booz Allen Hamilton, Inc.

/s/ David P. Metzger_____________
David P. Metzger
ARNOLD & PORTER LLP
Suite 900
1600 Tysons Boulevard
McLean, VA 22102-4865
(703) 720-7017 (O)
(703) 720-7399 (F)

Counsel of Record for Intervenor
Systems Research and Applications, Inc.

/s/ David M. Nadler____________
David M. Nadler
DICKSTEIN SHAPIRO LLP
1825 Eye Street, NW
12th Floor
Washington, DC 20006-5403
(202) 420-2281 (O)
(202) 420-2201 (F)

Counsel of Record for Intervenor
Engility Corporation