# In the United States Court of Federal Claims

Case No. 07-674C
(Filed: December 17, 2007)

**************************************************
JACOBS TECHNOLOGY, INC., *
*Plaintiff,* *
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant,* *
and *
*
BOOZ ALLEN HAMILTON, INC., *
SYSTEMS RESEARCH & APPLICATIONS *
CORPORATION, and *
ENGILITY CORPORATION, *
*Intervenors.* *
**************************************************

## ORDER

With the consent of Judge Francis M. Allegra, and in the efficient administration of justice (RCFC 40.1(b)), **this case is being transferred to Judge Allegra**.

**IT IS SO ORDERED.**

s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge