# In the United States Court of Federal Claims

**No. 07-674 C**

**JACOBS TECHNOLOGY, INC.,**
**Plaintiff,**

**JUDGMENT**

**v.**

**THE UNITED STATES,**
**Defendant,**
**and**

**BOOZ ALLEN HAMILTON, INC.,**
**SYSTEMS RESEARCH & APPLICATIONS**
**CORPORATION, AND ENGILITY CORPORATION,**
**Defendant-Intervenor.**

Pursuant to the court's Order, filed December 17, 2007, granting the joint motion to dismiss

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the complaint is dismissed, without prejudice.

Brian Bishop
Clerk of Court

**December 18, 2007** By: s/Lisa L. Reyes

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.