**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| JACOBS TECHNOLOGY INC.,<br><br>Plaintiff,<br>v.<br><br>THE UNITED STATES,<br><br>Defendant,<br><br>and<br><br>BOOZ ALLEN HAMILTON, INC.,<br>SYSTEMS RESEARCH & APPLICATIONS CORPORATION, and<br>ENGILITY CORPORATION,<br><br>Defendant-Intervenors | Case No. 07-674C<br>(Judge Allegra) |

**PLAINTIFF'S MOTION TO REQUEST THE COURT TO CORRECT THE ORDER DATED DECEMBER 17, 2007**

Jacobs Technology Inc. ("Jacobs"), through undersigned counsel, files this Motion to Request the Court to Correct the Order Dated December 17, 2007 to accurately reflect the positions put forward by Jacobs' counsel during the Court's status conference held on December 17, 2007, during which time the Court heard argument on Defendants' Joint Motion to Dismiss. In support thereof, Plaintiff respectfully states:

1. On page 3 of the Court's Order dismissing the action, the Court states: "Plaintiff acknowledges that it seeks to perpetuate this action so as to preclude the other offerors from pursuing an administrative protest at the GAO." Plaintiff's counsel never acknowledged nor took such a position with the Court. The Court specifically asked Plaintiff's counsel whether Jacobs' action had been taken for the purpose of precluding action at the GAO. Plaintiff's counsel immediately and specifically denied such allegations and then proceeded to explain to

the Court that Jacobs had taken this action to protect Jacobs' rights as contract awardee and to preserve Jacobs' right to challenge the implementation of corrective action following the GAO protest. Accordingly, Plaintiff requests the Court's Order be corrected to reflect the position taken by Plaintiff's counsel.

2. Additionally, in the fourth sentence of paragraph ten of the Order, the Court refers to Jacobs' not seeking a temporary restraining order or preliminary injunction preventing the Air Force from completing the reevaluation of proposals and states: "But, for reasons that the court can only imagine, it did not do so." As explained by Jacobs' counsel during the status conference, preliminary injunctive relief was not sought because, <u>at the Court's and DOJ's suggestion</u>, a stay would serve the best interests of judicial economy. This position is also reflected in the Joint Motion for Stay filed by the parties on September 24, 2007 (DOCUMENT 15 of the record) and granted by the Court (DOCUMENT 17).

3. Accordingly, Plaintiff requests the Court's Order reflect the record that preliminary injunctive relief was not sought because the parties all agreed that staying the proceedings pending the outcome of the reevaluation was in the interest of judicial economy and efficiency.

December 18, 2007

Respectfully submitted,

/s/ Robert J. Symon
ROBERT J. SYMON
Bradley, Arant, Rose & White
1133 Connecticut Avenue, NW
12th Floor
Washington, DC 20036
(office) (202) 393-7150

Counsel of Record for Plaintiff
JACOBS TECHNOLOGY INC.

OF COUNSEL:

Douglas L. Patin, Esq.
Jeremy Becker-Welts, Esq.

**CERTIFICATE OF SERVICE**

I hereby declare that on this 18th day of December 2007, a copy of the foregoing Motion to Request the Court to Correct the Order Dated December 17, 2007 was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Robert J. Symon
Robert J. Symon